### MEADER &$^a$ agt. MARTIN

John Meader & William Tomlins plaint. ag$^t$ Richard Martin Defend$^t$ in an action of the case for not paying to them or either of them the Summe of Fifteen pound in mony & Fifteen pound in English goods at mony price according to agreement under the hand & Seale of s$^d$ Martin bearing date the. 9th of October: 1675. and all other due damages according to attachm$^t$ dat$^d$ x$^{br}$ 23$^o$ 1676. . . . The Jury . . . found for the plaintifes Four pound mony and four pound goods at mony price & costs of Court; allowed twenty Seven Shillings four pence.

### MEADER agt. MARTIN

John Meader plaint. ag$^t$ Richard Martin Defend$^t$ in an action of the case for witholding a debt of Four pound Sixteen Shillings & one penny in mony due for Carpenters and Boatswain's store of the Ship whereof s$^d$ Martin is now master as appeares by receipt under the hand of Robert Sweet and all other due damages according to attachm$^t$ dat$^d$ x$^{br}$ 23$^o$ 1676. . . . The Jury . . . found for the plaintife Four pound Sixteen Shillings one penny one halfe mony and the other halfe goods at mony price and costs of Court twenty one Shilling eight pence allow$^d$

### PHILLIPS ag$^t$ LONG

William Phillips Senio$^r$ plaintife ag$^t$ Mary Long widow and John Long Vintner or either of them, Executo$^{rs}$ of the last will of Robert Long dec$^d$ Defend$^t$ The plaint. was non Suted in failure of process & costs granted the Defend$^{ts}$ twelve Shillings four pence.

Execution issued 4$^o$ 7$^{br}$ 1677.